LILLIAN MUSTOR, Appellant, *v.* GLENS FALLS INDEMNITY COMPANY, Respondent.

Argued December 4, 1940; decided December 31, 1940.

*Joseph T. King* and *John Wallace Young* for appellant. *Sidney J. Loeb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.